No. 1832. EL PUEBLO, APELADO, *v.* REVERÓN, APELANTE.—Corte de Distrito de Arecibo. Delito contra la salud pública. Resuelto en diciembre 19, 1921. No se ha presentado

alegato y no aparece de los autos error fundamental alguno. *Confirmada.*